United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT TREVIZO,

          Plaintiff,

    v.

DEAN BORDERS,

          Defendant.

Case No.  16-cv-06190-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Albert Trevizo's allegations in this federal civil rights action are based on events occurring at Chino State Prison, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant named resides, in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:**  November 30, 2016

_____
WILLIAM H. ORRICK
United States District Judge